UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JAVIER QUIROZ AND JUANITA, QUIROZ | § § § | |
| PLAINTIFFS | § | CIVIL ACTION NO. 5: 16-CV-307 |
| | § | |
| VS. | § § | |
| METLIFE AUTO AND HOME INSURANCE AGENCY, INC.; METLIFE AUTO & HOME; METROPOLITAN LLOYDS, INC.; AND METROPOLITAN LLOYDS INSURANCE COMPANY OF TEXAS | § § § § § § § § | Jury Requested |
| DEFENDANTS | § | |

## JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to this action – Plaintiffs Javier Quiroz and Juanita Quiroz and Defendants, Metlife Auto and Home Insurance Agency, Inc.; Metlife Auto & Home; Metropolitan Lloyds, Inc.; and Metropolitan Lloyds Insurance Company of Texas, hereby notify the Court that they have settled this case and stipulate to its dismissal, with prejudice.

Respectfully submitted,

*/s/ Rebecca Kieschnick*
Rebecca R. Kieschnick
Federal I.D. No. 0352
State Bar No. 21566900
Kristina Fernandez
Federal I.D. No. 23651
State Bar No. 24010021
ATTORNEY-IN-CHARGE FOR
DEFENDANT METROPOLITAN
LLOYDS OF TEXAS

OF COUNSEL:

DONNELL, ABERNETHY & KIESCHNICK, P.C.
555 North Carancahua, Suite 1770 (78401)
Post Office Box 2624
Corpus Christi, Texas 78403-2624
Telephone No.: (361) 888-5551
Telecopier No.: (361) 880-5618

And

                                                                             /s/ Joe Maldonado, Jr.
Ricardo E. Morales
Federal I.D. No. 19761
State Bar No. 00794331
Joe Maldonado, Jr.
Federal I.D. No. 585593
State Bar No. 24039474
Person, Whitworth, Borchers & Morales, L.L.P.
P.O. Drawer 6668
602 East Calton Rd.
Laredo, Texas 78402-6668
E-Mail: jmaldonado@personwhitworth.com
ATTORNEY-IN-CHARGE FOR
PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that pursuant to the Court's Electronic Filing Procedures, a true and correct copy of the foregoing instrument has been sent via Notice of Electronic Filing generated by the court's electronic filing system on this the _15th_ day of December, 2016.

Ricardo E. Morales
Joe Maldonado, Jr.
Person, Whitworth, Borchers & Morales, L.L.P.
P.O. Drawer 6668
602 East Calton Rd.
Laredo, Texas 78402-6668
E-Mail: Jmaldonado@personwhitworth.com


/s/ Rebecca Kieschnick
Rebecca Kieschnick
Kristina Fernandez


N:\ATTYS\rrk\Cases\Quiroz v. MetLife\Pleadings\federal\Stipulation of Dismissal.docx